UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARMANDO MORALES-FLORES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-CV-103 |
| | § | CRIMINAL ACTION NO. 5:23-CR-907-1 |
| UNITED STATES OF AMERICA | § | |

# ORDER

Petitioner Armando Morales-Flores filed a 28 U.S.C. § 2255 motion for habeas relief (Civ. Dkt. No. 1; Dkt. No. 45), as well as a memorandum and declaration in support of his motion (Civ. Dkt. Nos. 2, 3; Dkt. Nos. 46, 47).[1] Therein, he alleges that FPD Raul Martinez provided him with ineffective assistance of counsel (Civ. Dkt. Nos. 1 at 4–6; 2 at 4–6). As relevant here, in his declaration Morales-Flores avers that he directed FPD Martinez to file a notice of appeal, but he did not do so (Civ. Dkt. No. 3 at 1).

Accordingly, FPD Martinez is **ORDERED** to file a sworn response, pursuant to 28 U.S.C. § 1746, to Morales-Flores's motion by **October 1, 2024**. The response should address whether Morales-Flores ever asked FPD Martinez to file a notice of appeal and detail any other pertinent exchanges between him and Morales-Flores.

The Clerk of Court is **DIRECTED** to electronically **SERVE** copies of this Order and Morales-Flores's filings (Civ. Dkt. Nos. 1, 2, 3) on FPD Martinez and the Government.

It is so **ORDERED**.

**SIGNED** September 24, 2024.

Marina Garcia Marmolejo
United States District Judge

---

[1] Unless otherwise indicated, citations refer to the criminal docket.